PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>CAPTURED SEA, INC., a California corporation; DAVE WOOTEN, also known as DAVID L. WOOTEN, and also known as DAVID LEE WOOTEN, JR., an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 09-0168 JVS(Anx)<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, have judgment against defendants, CAPTURED SEA, INC., a California

corporation, and DAVE WOOTEN, also known as DAVID L. WOOTEN, and also known as DAVID LEE WOOTEN, JR., an individual, in the amount of $14,602.63, interest from June 10, 2010 through September 7, 2010 at the rate of 10%, accruing at the rate of $4.05 per day in the amount of $352.32, attorneys fees in the amount of $1,476.16, for a total of $16,431.11, plus costs.

DATE: September 9, 2010

_____
THE HONORABLE JAMES V. SELNA
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: /s/ Margaret R. Gifford   9/9/10
    MARGARET R. GIFFORD
    Attorney for Plaintiffs, Carpenters
    Southwest Administrative Corporation
    and Board of Trustees for the Carpenters
    Southwest Trusts